UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT STEVENS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:17-CV-2091-B |
| | ) | |
| D. HILL, | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 11th day of January, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE